# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-15-0907 |
| v. | * | Civil No. – JFM-10-0552 |
| | * | |
| JENERETTE CHARLES DIXON | * | |
| | ****** | |

## MEMORANDUM

The government has advised the court that it is of the view that the motion filed by Jenerette Charles Dixon pursuant to 28 U.S.C. §2255 is untimely.

The government's view may be correct. However, in light of the fact that Dixon attempted to file his motion within the limitations period, I am not comfortable with ruling upon the timeliness issue now. Accordingly, I ask the government to submit a response addressing the merits of Dixon's claims on or before October 28, 2015.

Date:  August 26, 2015          \_\_/s/_____
                                J. Frederick Motz
                                United States District Judge